IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>DONALD C. POMPAN, M.D., ET AL.,  )<br>  )<br>    Defendants.  )<br>_____  ) | No. C 05-1811 JSW (PR)<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS FOR "CONTINUANCE" AND SEEKING COPY OF LOCAL RULES**<br><br>(Docket nos. 20, 21) |

    Plaintiff, a prisoner of the State of California currently incarcerated at Calipatria State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 regarding medical treatment he received at Salinas Valley State Prison. On December 23, 2005, this Court ordered service of the complaint on Defendants. In addition, the Court provided therein that "(d)iscovery may be taken in accordance with the Federal Rules of Civil Procedure. No further Court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16 is required before the parties may conduct discovery." (Docket no. 5, page 7). Thereafter, on April 24, 2006, Defendants moved for summary judgment, as set forth in this Court's order of service (docket no. 16).

    Plaintiff now moves for a "continuance" of this matter until completion of discovery pursuant to Fed. R. Civ. P. 56(f). In Plaintiff's motion, he states that the Court "has not yet even ordered/scheduled a (d)iscovery beginning, nor deadline." Plaintiff indicates that his ability to respond to the motion is limited, as he has not had an

1  opportunity to conduct discovery. However, more than six months ago, the Court
2  ordered the parties to commence discovery and provided that no further Court order was
3  required prior to the parties engaging in discovery. There is and has been no impediment
4  to Plaintiff engaging in discovery. Moreover, Plaintiff is reminded that discovery
5  matters are to be conducted between the parties and, absent a need for intervention,
6  should not be served on the Court.

7  Because Plaintiff is proceeding *pro se* and it is apparent that he may have
8  misunderstood the Court's earlier order, Plaintiff's motion will be partially GRANTED
9  and the Court will provide Plaintiff with 90 days in which to respond to the motion
10 (docket no. 20). Plaintiff must file his opposition on or before 90 days from the date of
11 this order. If Plaintiff requires further extension of time to respond, his motion must
12 clearly set out reasons why he has not undertaken sufficient discovery to oppose the
13 motion and what materials he asserts are currently unavailable to him and necessary for
14 his opposition. Plaintiff's motion for a copy of the local rules is also GRANTED, as this
15 Court has provided Plaintiff with a copy under separate cover (docket no. 21).

16  IT IS SO ORDERED.
17 DATED: May 31, 2006

18  _____
    JEFFREY S. WHITE
19  United States District Judge

2