IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD C. POMPAN, M.D., ET AL.,<br><br>    Defendants.<br>_____ | No. C 05-1811 JSW (PR)<br><br>**ORDER ADDRESSING PENDING MOTIONS AND INSTRUCTIONS TO THE CLERK**<br><br>**(Docket nos. 40, 41, 43, 44)** |

    Plaintiff, a prisoner of the State of California currently incarcerated at Calipatria State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California. In an order dated February 17, 2005, Magistrate Judge Beck found that Plaintiff stated cognizable claims for relief against Defendants at Salinas Valley State Prison (SVSP) for deliberate indifference to Plaintiff's serious medical needs. On April 20, 2005, Eastern District Judge Ishi adopted the findings and recommendations in full and transferred the case to this Court. The case was received in this district on May 2, 2005.

    On December 23, 2005, this Court ordered service of these claims on Defendants Pompan, Bowman, Helmer, Thor, M. Golin, Burn, Fernandez, Hernandez and Rankin (docket no. 5). Thereafter, after service could not be affected on several of the named Defendants, Plaintiff was ordered to provide the Court with sufficient identifying information (including a properly spelled last name and first initial) as to Defendants Burn, Golin and Hernandez, so that the Marshal could attempt service on them. Plaintiff has since informed the Court that Defendant Golin has now been properly identified as M. Gosling. As such, the Clerk shall reissue a summons and the U.S. Marshal shall again attempt service on Defendant M. Gosling

at Salinas Valley State Prison.

Additionally, on October 25, 2006, Plaintiff filed a motion seeking an extension of thirty days in which to provide the required identifying information to the Court (docket no. 40), which is now GRANTED.  Plaintiff is provided with an additional sixty days in which to provide this information to the Court.  Failure to do so within that time will result in the dismissal of the remaining unserved Defendants without prejudice.  *Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994).

Plaintiff has also filed two motions seeking discovery of certain information from Defendants (docket nos. 41, 44).  However, Plaintiff is reminded that discovery is generally undertaken between the parties without court intervention, under Rules 26-37 of the Federal Rules of Civil Procedure.  Discovery matters are to be served on the parties, but not filed with the Court, except as provided by court order or under Rule 37.  *See* Fed. R. Civ. P. 5(a); 37. To the extent that Plaintiff's motions seek to compel discovery, the motions are DENIED without prejudice for failure to comply with the meet-and-confer requirement of Federal Rule of Civil Procedure 37( a) and Local Rule 37-1 (docket nos. 41, 44).  *See* Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); N D Cal Local Rule 37-1 ( same).  Before attempting to compel discovery, Plaintiff must first seek the information through discovery under Rule 26.

Further, the document Petitioner filed in this Court as docket number 43 on November 3, 2006, entitled "motion requesting notice of amended petition" is not in the Court file. Plaintiff is directed to re-file with the Court a copy of that document, if he wishes it to be considered by the Court, as the original filing cannot be located.  This order TERMINATES all pending motions.

IT IS SO ORDERED.

DATED: June 14, 2007

_____
JEFFREY S. WHITE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES,

        Plaintiff,

v.

POMPAN et al,

        Defendant.
                                      /

Case Number: CV05-01811 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Michael Young
Attorney General
Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

John E. James
P.O. Box 5002
P13474
Calipatria, CA 92233

Dated: June 14, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk
United States District Judge